IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and<br>PENWEST PHARMACEUTICALS CO.,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMPAX LABORATORIES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-731<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR
## EXPEDITED DECLARATORY JUDGMENT RELIEF

Pursuant to Federal Rule of Civil Procedure 57, Plaintiffs Endo Pharmaceuticals Inc. and Penwest Pharmaceuticals Co. hereby move this Court for expedited declaratory judgment relief in the form of the attached Order. The grounds for this Motion are fully set forth in the accompanying Opening Brief.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mgraham@mnat.com
jheaney@mnat.com

*Attorneys for Plaintiffs*
  *Endo Pharmaceuticals Inc. and*
  *Penwest Pharmaceuticals Co.*

*Of Counsel*:

Martin J. Black
George G. Gordon
Ann M. Caviani Pease
Robert D. Rhoad
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Robert J. Gunther, Jr.
Lisa J. Pirozzolo
James P. Barabas
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

November 20, 2007

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 20, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

I further certify that true and correct copies of the foregoing were caused to be served on November 20, 2007 upon the following individuals in the manner indicated:

**VIA HAND DELIVERY**

Impax Laboratories, Inc.
c/o The Prentice-Hall Corp. Systems, Inc.
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**VIA ELECTRONIC MAIL**

Daralyn Durie, Esquire
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 97111-1704

Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and<br>PENWEST PHARMACEUTICALS CO.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-731<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs' Motion for Expedited Declaratory Judgment Relief, and any response thereto, IT IS HEREBY ORDERED that:

(1) Plaintiffs' motion is GRANTED;

(2) With respect to Count I of the Complaint, the Court declares that:

A. Impax's Paragraph IV Notices are null, void and without legal effect, and Impax was not entitled to trigger the ANDA patent litigation process with respect to United States Patent No. 7,276,250 ("the '250 patent"), United States Patent No. 5,662,933 ("the '933 patent"), or United States Patent No. 5,958,456 ("the '456 patent");

B. This Court has no subject matter jurisdiction over claims between Plaintiffs and Impax regarding infringement of the '250, '933 or '456 patents because the Paragraph IV Notices served by Impax are null, void and without legal effect;

C. The Paragraph IV Notices served by Impax did not commence the 45-day period for filing a patent infringement action pursuant to 21 U.S.C. § 355(j)(5)(B)(iii); and

        D.    If and when the FDA accepts Impax's ANDA for substantive review, Impax must submit and serve on Endo and Penwest at that time new Paragraph IV Certifications and Notices pursuant to 21 U.S.C. § 355(j)(2)(A)(vii).

    (3)    In light of the above declarations, Counts II and III of the Complaint are dismissed without prejudice as moot.

BY THE COURT:

_____

                                          J.