### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and<br>PENWEST PHARMACEUTICALS CO.,<br><br>    Plaintiffs<br><br>  v.<br><br>IMPAX LABORATORIES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-731 \*\*\*<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that:

(1) Defendant shall have until December 20, 2007 to answer, move or otherwise respond to Plaintiffs' Complaint (DI #1);

(2) Defendant shall have until December 20, 2007 to respond to Plaintiffs' Motion for Expedited Declaratory Judgment Relief (DI #6); and

(3) Plaintiffs shall have until January 9, 2008 to file their reply in support of their Motion for Expedited Declaratory Judgment Relief (DI #6).

| | |
|---|---|
|    */s/ Jack B. Blumenfeld* |    */s/ Mary B. Matterer* |
| Jack B. Blumenfeld #1014 | Mary B. Matterer #2696 |
| Mary B. Graham #2256 | MORRIS JAMES LLP |
| Julia Heaney #3052 | 500 Delaware Avenue, Suite 1500 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Wilmington, DE 19801-1494 |
| 1201 North Market Street | (302) 888-6800 |
| P.O. Box 1347 | mmatterer@morrisjames.com |
| Wilmington, DE 19899-1347 | |
| (302) 658-9200 | *Attorneys for Defendant* |
| jblumenfeld@mnat.com | *Impax Laboratories, Inc.* |
| mgraham@mnat.com | |
| jheaney@mnat.com | |

*Attorneys for Plaintiffs*
*Endo Pharmaceuticals Inc. and*
*Penwest Pharmaceuticals Co.*

      **SO ORDERED** this _____ day of December, 2007.

                                                _____
                                                United States District Court Judge