**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and<br>PENWEST PHARMACEUTICALS CO.,<br><br>          Plaintiffs<br><br>    v.<br><br>IMPAX LABORATORIES, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-731 ***<br>)<br>)<br>)<br>) |

**DEFENDANT IMPAX LABORATORIES, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant certifies that Impax Laboratories, Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

                                                     */s/ Mary B. Matterer*
                                                     Mary B. Matterer #2696
                                                     MORRIS JAMES LLP
                                                     500 Delaware Avenue, Suite 1500
                                                     Wilmington, DE 19801-1494
                                                     (302) 888-6800
                                                     mmatterer@morrisjames.com

                                                     *Attorneys for Defendant*
                                                     *Impax Laboratories, Inc.*