IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and PENWEST PHARMACEUTICALS CO., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>IMPAX LABORATORIES, INC., <br><br>　　　　　　Defendant. | ) ) ) ) ) ) C.A. No. 07-731 (\*\*\*) ) ) ) ) ) |

**NOTICE OF DISMISSAL OF COUNT I OF PLAINTIFFS'
COMPLAINT AND WITHDRAWAL OF PLAINTIFFS' MOTION
FOR EXPEDITED DECLARATORY JUDGMENT RELIEF**

**WHEREAS** defendant Impax Laboratories, Inc. ("Impax") has represented to plaintiffs Endo Pharmaceuticals Inc. and Penwest Pharmaceuticals Co. (collectively, "Plaintiffs") that the United States Food and Drug Administration has deemed Impax's ANDA 79-087 acceptable for filing and substantive review as of November 23, 2007; and

**WHEREAS** Plaintiffs received, on December 14, 2007, a new Paragraph IV Notice from Impax with respect to United States Patent Nos. 5,662,933 and 5,958,456;

**NOW, THEREFORE, PLEASE TAKE NOTICE THAT,** pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby dismiss Count I of their Complaint, without prejudice. This dismissal is without waiver of or other prejudice to Plaintiffs' contentions that Impax's prior Paragraph IV Notices (*i.e.*, those that Plaintiffs received prior to December 14, 2007) are null, void and without legal effect. Plaintiffs are maintaining their claim for patent infringement based on Impax's pre-December 14, 2007 Paragraph IV Notices because Impax has refused to withdraw such Notices and continues to take the position that such Notices are valid. Plaintiffs will file a claim for infringement based on the December 14, 2007 Notice within the prescribed 45 day period.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiffs also withdraw, without prejudice, their Motion for Expedited Declaratory Judgment Relief (D.I. 6), filed on November 20, 2007, which sought expedited declaratory judgment relief pursuant to Count I of their Complaint.

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mgraham@mnat.com
jheaney@mnat.com

*Attorneys for Plaintiffs
Endo Pharmaceuticals Inc. and
Penwest Pharmaceuticals Co.*

*Of Counsel*:
Martin J. Black
George G. Gordon
Ann M. Caviani Pease
Robert D. Rhoad
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
  *Attorneys for Plaintiff Endo Pharmaceuticals Inc.*

Robert J. Gunther, Jr.
Lisa J. Pirozzolo
James P. Barabas
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
  *Attorneys for Plaintiff Penwest Pharmaceuticals Co.*

Date:   December 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

        Mary B. Mattterer
        MORRIS JAMES LLP

I further certify that I caused to be served copies of the foregoing document on December 20, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Daralyn Durie, Esquire<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 97111-1704 | *VIA ELECTRONIC MAIL<br>and FIRST CLASS MAIL* |

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)