IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and PENWEST PHARMACEUTICALS CO., <br><br>  Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 07-731 (***) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Endo Pharmaceuticals Inc.'s First Set of Interrogatories to Defendant*; and 2) *Plaintiffs' First Set of Requests for Documents and Things to Defendant* were caused to be served on January 25, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Asim Bhansali, Esquire<br>Daralyn Durie, Esquire<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 97111-1704 | *VIA ELECTRONIC MAIL* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mgraham@mnat.com
jheaney@mnat.com
  *Attorneys for Plaintiffs*
  *Endo Pharmaceuticals Inc. and Penwest*
  *Pharmaceuticals Co.*

January 25, 2008
1320963

2

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

      Mary B. Mattterer
      MORRIS JAMES LLP

I further certify that I caused to be served copies of the foregoing document on January 25, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Asim Bhansali, Esquire<br>Daralyn Durie, Esquire<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 97111-1704 | *VIA ELECTRONIC MAIL* |

                        */s/ Jack B. Blumenfeld*

                        Jack B. Blumenfeld (#1014)