IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and PENWEST PHARMACEUTICALS CO., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 07-731 (***) ) ) ) ) ) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the parties to apply to the Court for a protective order pursuant to paragraph 4 of the Scheduling Order shall be extended to February 11, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiffs*
  *Endo Pharmaceuticals Inc. and Penwest*
  *Pharmaceuticals Co.*

MORRIS JAMES LLP

*/s/ Mary B. Matterer (#2696)*

Mary B. Matterer (#2696)
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
302-888-6800
mmatterer@morrisjames.com
  *Attorneys for Defendant Impax*
  *Laboratories, Inc.*

1444830

SO ORDERED this _____ day of _____, 2008.

_____
United States Magistrate Judge