IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ENDO PHARMACEUTICALS INC. and
PENWEST PHARMACEUTICALS CO.,

                    Plaintiffs,

    v.

IMPAX LABORATORIES, INC.,

                    Defendant.

Case No. C. A. No. 07-731

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Courtney Towle of the law firm of Keker & Van Nest LLP to represent Defendant Impax Laboratories, Inc. in this matter.

Dated:  January 30, 2008

           */s/ Mary B. Matterer*
           Mary B. Matterer (I.D. No. 2696)
           MORRIS JAMES LLP
           500 Delaware Avenue, Suite 1500
           Wilmington, DE  19801
           (302) 888-6800
           mmatterer@morrisjames.com

           Attorneys for IMPAX LABORATORIES, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:  January 30, 2008          Signed: _____

Courtney Towle Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400