IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and<br>PENWEST PHARMACEUTICALS CO.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-731 (GMS)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Plaintiff Penwest Pharmaceuticals Co.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)* and (2) *Plaintiff Endo Pharmaceuticals Inc.'s Initial Disclosures to Fed. R. Civ. P. 26(a)* were caused to be served on February 1, 2008 upon the following in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | Asim Bhansali, Esquire<br>Daralyn Durie, Esquire<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiffs*
  *Endo Pharmaceuticals Inc. and Penwest*
  *Pharmaceuticals Co.*

OF COUNSEL:

Martin J. Black
George G. Gordon
Ann M. Caviani Pease
Robert D. Rhoad
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104
(215) 994-4000

Robert J. Gunther, Jr.
Lisa J. Pirozzolo
James P. Barabas
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue
New York, NY  10022
(212) 230-8800

February 1, 2008
1320963

CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Mary B. Mattterer
>MORRIS JAMES LLP

I further certify that I caused to be served copies of the foregoing document on February 1, 2008 upon the following in the manner indicated:

**BY E-MAIL**

Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Asim Bhansali, Esquire
Daralyn Durie, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704


*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)