IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and PENWEST PHARMACEUTICALS CO., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 07-731 (GMS) ) |
| IMPAX LABORATORIES, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Plaintiff Endo Pharmaceuticals Inc.'s Objections and Responses to Defendant's First Set of Interrogatories; (2) Plaintiff Endo Pharmaceuticals Inc.'s Objections and Responses to Defendant's First Set of Requests for Production; (3) Plaintiff Penwest Pharmaceuticals Co.'s Objections and Responses to Defendant's First Set of Interrogatories; and (4) Plaintiff Penwest Pharmaceuticals Co.'s Objections and Responses to Defendant's First Set of Requests for Production were caused to be served on February 6, 2008 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| Mary B. Matterer, Esquire | Asim Bhansali, Esquire |
| MORRIS JAMES LLP | Daralyn Durie, Esquire |
| 500 Delaware Avenue | Keker & Van Nest LLP |
| Suite 1500 | 710 Sansome Street |
| Wilmington, DE 19801 | San Francisco, CA 94111-1704 |

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Julia Heaney (#3052)*
                          Jack B. Blumenfeld (#1014)

OF COUNSEL:              Julia Heaney (#3052)
                             1201 N. Market Street
Martin J. Black             P.O. Box 1347
George G. Gordon        Wilmington, DE  19899-1347
Ann M. Caviani Pease    (302) 658-9200
Robert D. Rhoad          jheaney@mnat.com
DECHERT LLP              *Attorneys for Plaintiffs*
Cira Centre                  *Endo Pharmaceuticals Inc. and Penwest*
2929 Arch Street          *Pharmaceuticals Co.*
Philadelphia, PA  19104
(215) 994-4000

Robert J. Gunther, Jr.
Lisa J. Pirozzolo
James P. Barabas
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue
New York, NY  10022
(212) 230-8800

February 6, 2008
1320963

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Mary B. Mattterer
>MORRIS JAMES LLP

I further certify that I caused to be served copies of the foregoing document on February 6, 2008 upon the following in the manner indicated:

**BY E-MAIL**

Mary B. Matterer, Esquire
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Asim Bhansali, Esquire
Daralyn Durie, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94111-1704

>*/s/ Julia Heaney (#3052)*
>Julia Heaney (#3052)