IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and PENWEST PHARMACEUTICALS CO., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Case No. C. A. No. 07-731-GMS |

**AMENDED STIPULATION AND [PROPOSED] ORDER
REGARDING ELECTRONIC DISCOVERY**

The parties hereby stipulate and agree, subject to the Court's approval, that the e-discovery procedures set forth in the Stipulation and Proposed Order Regarding Electronic Discovery filed January 31, 2008 (D.I. 30)(the "Stipulation") are modified as follows:

| Event | Date |
|---|---|
| Plaintiffs shall provide a list of the most likely custodians of relevant electronically stored information, including a brief description of each person's or group's title and responsibilities. | February 13, 2008 |
| Each party shall provide a list of proposed keyword search terms to be used by the opposing party in searching for electronic documents. | February 15, 2008 |
| The parties shall meet and confer regarding keywords lists and any issues related to the above disclosures. | by February 22, 2008 |

This adjustment is needed to provide the Plaintiffs with additional time to provide a list of the most likely custodians of relevant electronically stored information, and to allow the parties adequate time to develop and exchange a list of proposed keyword search terms following all parties' disclosure of the most likely custodians. The remaining provisions in the Stipulation remain unchanged.

| | |
|---|---|
| _____/s/ Julia Heaney_____ | _____/s/ Mary B. Matterer_____ |
| Jack B. Blumenfeld #1014 | Mary B. Matterer #2696 |
| Mary B. Graham #2256 | MORRIS JAMES LLP |
| Julia Heaney #3052 | 500 Delaware Avenue, Suite 1500 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Wilmington, DE 19801-1494 |
| 1201 North Market Street | (302) 888-6800 |
| P.O. Box 1347 | mmatterer@morrisjames.com |
| Wilmington, DE 19899-1347 | |
| (302) 658-9200 | *Attorneys for Defendant* |
| jblumenfeld@mnat.com | *Impax Laboratories, Inc.* |
| mgraham@mnat.com | |
| jheaney@mnat.com | |

*Attorneys for Plaintiffs*
*Endo Pharmaceuticals Inc. and*
*Penwest Pharmaceuticals Co.*

      **SO ORDERED** this ____ day of February, 2008.

_____
Gregory M. Sleet, Chief Judge

1692267/1