IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and PENWEST PHARMACEUTICALS CO., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Case No. C. A. No. 07-731 |

## NOTICE OF SERVICE

Please take notice that on this 25th day of February 2008, copies of **Impax Laboratories, Inc.'s Objections and Responses to Endo Pharmaceuticals Inc.'s First Set of Interrogatories (Nos. 1-13)** and **Impax Laboratories, Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for Documents and Things to Defendant** were served upon the following counsel in the manner indicated:

**VIA EMAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Mary B. Graham
Julia Heaney
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801

**VIA EMAIL**

Martin J. Black
George G. Gordon
Ann M. Caviani Pease
Robert D. Rhoad
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Robert J. Gunther, Jr.
Lisa J. Pirozzolo
James P. Barabas
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY  10022


    */s/ Mary B. Matterer*
Mary B. Matterer (I.D. No. 2696)
Morris James LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE  19801
mmatterer@morrisjames.com

*Attorneys for IMPAX LABORATORIES, INC.*