IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDO PHARMACEUTICALS INC. and PENWEST PHARMACEUTICALS CO., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 07-731 (GMS) ) ) ) ) ) |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that the appearances of Robert J. Gunther, Lisa J. Pirozzolo and James P. Barabas of WILMER CUTLER PICKERING HALE AND DORR LLP for plaintiff Penwest Pharmaceuticals Co. ("Penwest") are hereby withdrawn. Penwest will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP and DECHERT LLP.

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  /s/ Jack B. Blumenfeld

OF COUNSEL:

Martin J. Black
George G. Gordon
Ann M. Caviani Pease
Robert D. Rhoad
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

                                  Jack B. Blumenfeld (#1014)
                                  Julia Heaney (#3052)
                                  1201 North Market Street
                                  P.O. Box 1347
                                  Wilmington, DE 19899-1347
                                  (302) 658-9200
                                  jblumenfeld@mnat.com
                                  *Attorneys for Plaintiffs*
                                  *Endo Pharmaceuticals Inc. and Penwest*
                                  *Pharmaceuticals Co.*

August 18, 2008
2448618

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Mary B. Mattterer
>MORRIS JAMES LLP

I further certify that I caused to be served copies of the foregoing document on August 18, 2008 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | Asim Bhansali, Esquire<br>Daralyn Durie, Esquire<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704 |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)